IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKU INC,<br><br>　　　　Defendant. | Case No. 3:22-cv-02946-GC-RLS<br><br>JURY TRIAL DEMANDED<br><br>Motion Returnable: August 1, 2022 |

**NOTICE OF DEFENDANT MIKU INC.'S
<u>MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM</u>**

**PLEASE TAKE NOTICE** that on August 1, 2022, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Miku Inc. will move before the Honorable Georgette Castner at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for an Order granting its Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Miku relies upon the Brief submitted herewith.

Dated:  June 30, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  */s/ Warren K. Mabey, Jr.*
　　　　　　　　　　　　　　　　　　　　　　Warren K. Mabey, Jr. (#014592010)
　　　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-5070
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-0607
　　　　　　　　　　　　　　　　　　　　　　mabey@fr.com

　　　　　　　　　　　　　　　　　　　　　　Neil J. McNabnay (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　　　Ricardo J. Bonilla (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　　　Michael A. Vincent (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　(214) 747-5070 (Telephone)
　　　　　　　　　　　　　　　　　　　　　　(214) 747-2091 (Facsimile)
　　　　　　　　　　　　　　　　　　　　　　macnabnay@fr.com
　　　　　　　　　　　　　　　　　　　　　　rbonilla@fr.com
　　　　　　　　　　　　　　　　　　　　　　vincent@fr.com

　　　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　　　**MIKU INC.**