## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**

     **Plaintiff,**

     **v.**

**MIKU, INC.,**

     **Defendant.**

**Case No.: 3:22-cv-02946-GC-RLS**

**PATENT CASE**

**JURY TRIAL DEMANDED**

### JOINT STIPULATION OF DISMISSAL

Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant Miku, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.    All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.    Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: July 12, 2022.                    Respectfully submitted,


                                          */s/Mark Kriegel*
                                          **MARK KRIEGEL**
                                          **LAW OFFICE OF MARK A. KRIEGEL, LLC**
                                          1479 Pennington Rd.
                                          Ewing, NJ 08618
                                          (609) 883-5133
                                          Fax: (609) 450-7237
                                          mkriegel@kriegellaw.com

                                          **ATTORNEYS FOR PLAINTIFF**


                                          By: */s/Warren K. Mabey, Jr.*
                                          Warren K. Mabey, Jr. (#014592010)
                                          FISH & RICHARDSON P.C.
                                          222 Delaware Avenue, 17th Floor
                                          Wilmington, DE 19801
                                          Telephone: (302) 652-5070
                                          Facsimile: (302) 652-0607
                                          mabey@fr.com
                                          Neil J. McNabnay (*pro hac vice* forthcoming)
                                          Ricardo J. Bonilla (*pro hac vice* forthcoming)
                                          Michael A. Vincent (*pro hac vice* forthcoming)
                                          1717 Main Street, Suite 5000
                                          Dallas, Texas 75201
                                          (214) 747-5070 (Telephone)
                                          (214) 747-2091 (Facsimile)
                                          macnabnay@fr.com
                                          rbonilla@fr.com
                                          vincent@fr.com


                                          **ATTORNEYS FOR DEFENDANT**