# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MIKU, INC.,<br><br>Defendant. | Case No.: 3:22-cv-02946-GC-RLS<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant Miku, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

It is so ordered this 13th day of July, 2022

_Georgette Castner_
**Georgette Castner, U.S.D.J.**